I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/26/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EHLERS, ) | Case No. CV 09-0051-VBF (RNB) |
| Petitioner, ) | |
| vs. ) | **JUDGMENT** |
| DARREL ADAMS, ) | |
| Respondent. ) | |

In accordance with the Order re Summary Dismissal of Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 2-20-09

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY